

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-23-00054-CR

**IN RE** Martin Barron **GALVAN**

Original Proceeding[1]

**ORDER**

On January 30, 2023, relator filed a motion to dismiss his petition for writ of mandamus. We **GRANT** the motion and **DISMISS** the petition for writ of mandamus. The stay imposed on January 13, 2023 is **LIFTED**.

It is so **ORDERED** on February 15, 2023.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 12553CR, styled *State of Texas v. Martin Barron Galvan*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.